# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROSIE ZAMORA, MARCO ZAMORA, § § § v. § § RYLAND MORTGAGE COMPANY, § BANK OF AMERICA, CALIBER HOME § LOANS, INC., HOUSING AND URBAN § DEVELOPMENT. § § | Civil Action No. 4:16-CV-170 (Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 26, 2016, the report of the Magistrate Judge (Dkt. #13) was entered containing proposed findings of fact and recommendations that Defendant Caliber Home Loans, Inc.'s Motion to Dismiss under Rule 41(b) (Dkt. #12) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Caliber Home Loans, Inc.'s Motion to Dismiss under Rule 41(b) (Dkt. #12) is **GRANTED**, and Plaintiffs' claims against Defendant Caliber Home Loans, Inc. are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

SIGNED this 26th day of October, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE